

November 6, 2024

**J. Bruce Maffeo**
Direct Phone  212-883-4951
Direct Fax      917-521-5866
jbmaffeo@cozen.com

<u>VIA ECF</u>

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    United States v. Tariverdi, et al. 1:24-cr-00599 -JPO**

Dear Judge Oetken:

I represent the defendant Kenan Tariverdi in the above-referenced matter, and on October 23rd Your Honor kindly granted his request to extend the standard travel restrictions to allow him to travel to visit his son, Nazim, at the latter's second home in Pennsylvania upon advance notice to Pretrial Services (ECF # 25). I am informed that the assigned Pretrial Service Officer, copied below, has since requested that Your Honor amend that order to allow specifically for travel through New Jersey, which is the only convenient route given the defendant's residence in Staten Island.

I apologize for the multiplicity of correspondence on this issue and appreciate Your Honor's consideration.

Respectfully submitted,

> Granted.
> So ordered.
> 11/8/2024

COZEN O'CONNOR

*J. Bruce Maffeo*

BY:    J. BRUCE MAFFEO

JM

_____
J. PAUL OETKEN
United States District Judge

Cc: all counsel via ECF/Karina_Vilefort@nyspt.uscourts.gov

LEGAL\73688071\1