

**Glen Garrett McGorty**
GMcGorty@crowell.com
(212) 895-4246  direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000  main
+1.212.223.4134  fax

November 19, 2024

> Granted. Travel to Carmel, Indiana from November 29, 2024, to December 2, 2024, including states in between, is hereby approved.
>   So ordered.
>   11/20/2024
>
>   _____
>   J. PAUL OETKEN
>   United States District Judge

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     United States v. Tariverdi et al., 1:24-cr-00599-JPO

Dear Judge Oetken:

We represent Nazim Tariverdi in the above-referenced matter.  Mr. Tariverdi was presented and arraigned on October 17, 2024, and released subject to various conditions that included travel restrictions to the Eastern and Southern District of New York, District of New Jersey, Eastern and Central District of Pennsylvania, and permitted travel to his second home in Pennsylvania, with prior notification to Pretrial Services.  We write to respectfully request approval for Mr. Tariverdi to travel to Carmel, Indiana, with his partner to meet her family after the Thanksgiving holiday.  The proposed travel dates are from November 29, 2024, to December 2, 2024.

Mr. Tariverdi's pretrial officer, Ms. Karina Vilefort, has already approved his travel to Pennsylvania for Thanksgiving, from November 27 to November 29, and she has no objections to the subsequent trip to the Southern District of Indiana.  AUSA Cecilia Vogel has also consented to this request on behalf of the Government.

On behalf of Mr. Tariverdi, we appreciate the Court's consideration of our request.  Please advise if Your Honor requires any additional information.

Respectfully submitted,

Glen G. McGorty

cc:     AUSA Cecilia Vogel (by e-mail: Cecilia.vogel@usdoj.gov)
        Pretrial Officer Karina Vilefort (by e-mail: karina_vilefort@nyspt.uscourts.gov)

crowell.com
NYACTIVE-24793386.1