AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22 Cr. 599 |
| Kenan Tariverdi | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 12/03/2024

/s/ Vladislav Vainberg
*Attorney's signature*

Vladislav Vainberg (VV1239)
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
26 Federal Plaza
New York, NY 10007
*Address*

vladislav.vainberg@usdoj.gov
*E-mail address*

(212) 637-1029
*Telephone number*

(212) 637-2429
*FAX number*