U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

December 3, 2024

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: **United States v. Kenan Tariverdi, et al.,**
        24 Cr. 599 (JPO)

Dear Judge Oetken,

    Please find attached a proposed protective order executed by the parties for the Court's endorsement.

                Very truly yours,

                DAMIAN WILLIAMS
                United States Attorney

      By: _____
                Vladislav Vainberg
                Cecilia Vogel
                Christopher Brumwell
                Assistant United States Attorney
                Southern District of New York
                (212) 637-1029/1084/2477

*Encs.*