U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York  10278*

February 7, 2025

**By ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Tariverdi, et al.*
               **No. 24 Cr. 599 (JPO)**

Dear Judge Oetken:

      The Government respectfully writes, on behalf of the parties, to provide an update on the status of discovery and convey the parties' request to adjourn the status conference currently scheduled for February 12, 2025 by approximately 45 days to a date convenient to the Court.

      Since the prior conference and the entry of the Protective Order, the Government has produced and is continuing to produce a voluminous amount of documents and electronic discovery, including large quantities of data from email search warrants and electronic devices seized from defendants.  The Government understands that the defendants are continuing to review discovery in order to assess the filing of any motions or other resolution of this matter. Accordingly, the parties respectfully request an approximate 45 day adjournment of the February 12, 2025 status conference.

      Counsel for the defendants have informed the Government that the defendants consent to the exclusion of time until the next such scheduled conference. The Government submits that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

      Respectfully submitted,

      DANIELLE R. SASSOON
      United States Attorney

by: _____
      Christopher D. Brumwell
      Cecilia Vogel

                Vladislav Vainberg
                Assistant United States Attorneys
                (212) 637-2477/1084/1029

cc:    Counsel (via ECF)