

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York  10278*

April 30, 2025

**By ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Tariverdi, et al.*
        No. 24 Cr. 599 (JPO)

Dear Judge Oetken:

The Government respectfully writes, on behalf of the parties, to provide an update on the status of discovery and convey the parties' request to adjourn the status conference currently scheduled for May 2, 2025 by approximately 30 days to a date convenient to the Court.

Since the filing of the last letter, the Government is continuing its responsiveness review of electronic devices and email accounts seized pursuant to search warrants, while the defendants are reviewing extensive discovery provided by the Government. The parties are engaged in active discussions regarding potential pretrial dispositions that may obviate the filing of any motions, but would not be resolved prior to the currently scheduled status conference. Accordingly, the parties respectfully request an approximately 30-day adjournment of the May 2, 2025 status conference.

Counsel for the defendants have informed the Government that the defendants consent to the exclusion of time until the next such scheduled conference. The Government submits that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

Respectfully submitted,

JAY CLAYTON
Acting United States Attorney

by:  /s/_____
     Christopher D. Brumwell
     Cecilia Vogel
     Vladislav Vainberg
     Assistant United States Attorneys
     (212) 637-2477/1084/1029

cc:  Counsel (via ECF)