

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York  10278*

June 4, 2025

<u>**By ECF**</u>
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

       Re:     ***United States v. Tariverdi, et al.***
                **No. 24 Cr. 599 (JPO)**

Dear Judge Oetken:

       The Government writes to convey the parties' request to adjourn the status conference currently scheduled for June 5, 2025 by approximately 30 days to a date convenient to the Court. The parties continue to be engaged in active discussions regarding potential pretrial dispositions that may obviate the filing of any motions, but that would not be resolved prior to the currently scheduled status conference. Accordingly, the parties respectfully request an approximately 30-day adjournment of the June 5, 2025 status conference. In addition, the Government continues its responsiveness review of electronic devices and email accounts seized pursuant to search warrants, while the defendants are reviewing extensive discovery provided by the Government.

       Counsel for the defendants have informed the Government that the defendants consent to the exclusion of time until the next such scheduled conference. The Government submits that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

Granted.  The June 5, 2025 pretrial conference is adjourned to July 9, 2025 at 10:30 am.  The Court hereby excludes time through July 9, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered:
  6/4/2025

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  /s/
      Christopher D. Brumwell
      Cecilia Vogel
      Vladislav Vainberg
      Assistant United States Attorneys
      (212) 637-2477/1084/1029

J. PAUL OETKEN
United States District Judge