

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 8, 2025

<u>**By ECF and Email**</u>
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. Tariverdi, et al.*
       **No. 24 Cr. 599 (JPO)**

Dear Judge Oetken:

The Government writes to request that the status conference scheduled for July 9, 2025, be converted to a change of plea for defendant Kenan Tariverdi. The defendant consents to this request.

As to the remaining defendants, Dilshod Islamov and Nazim Tariverdi, the Government requests, with the consent of the defendants, to adjourn the status conference by approximately 30 days to a date convenient to the Court. The parties continue to be engaged in active discussions regarding potential pretrial dispositions that may obviate the filing of any motions, but that would not be resolved prior to the currently scheduled status conference. Accordingly, the parties respectfully request an approximately 30-day adjournment of the July 9, 2025 status conference. In addition, the Government continues its responsiveness review of electronic devices and email accounts seized pursuant to search warrants, while the defendants are reviewing extensive discovery provided by the Government.

Counsel for defendants have informed the Government that the defendants consent to the exclusion of time until the next such scheduled conference. The Government submits that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

Granted. The pretrial conference as to defendants Dilshod Islamov and Nazim Tariverdi is adjourned to August 14, 2025 at 10:30am. The Court hereby excludes time through August 14, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
So ordered:
7/8/2025

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  /s/_____
     Christopher D. Brumwell
     Cecilia Vogel
     Vladislav Vainberg
     Assistant United States Attorneys
     (212) 637-2477/1084/1029

_____
J. PAUL OETKEN
United States District Judge