

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York  10278*

August 12, 2025

**By ECF and Email**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *United States v. Tariverdi, et al.*
              No. 24 Cr. 599 (JPO)

Dear Judge Oetken:

      The Government writes to convey the parties' request to adjourn the status conference currently scheduled for August 14, 2025 by approximately 45 days to a date convenient to the Court. The parties continue to be making progress in active discussions regarding potential pretrial dispositions that may obviate the filing of any motions, but that would not be resolved prior to the currently scheduled status conference. Accordingly, the parties respectfully request an approximately 45-day adjournment of the August 14, 2025 status conference.

      Counsel for defendants have informed the Government that the defendants consent to the exclusion of time until the next such scheduled conference. Due to the ongoing discussions between the parties regarding potential pretrial dispositions, the Government submits that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

> Granted. The pretrial conference is adjourned to September 30, 2025 at 12:00 PM. The Court hereby excludes time through September 30, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
>   So ordered:
>   8/12/2025

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  /s/ _____
     Christopher D. Brumwell
     Cecilia Vogel
     Vladislav Vainberg
     Assistant United States Attorneys
     (212) 637-2477/1084/1029

_____
J. PAUL OETKEN
United States District Judge