

November 17, 2025

**VIA ECF**

**J. Bruce Maffeo**
Direct Phone 212-883-4951
Direct Fax 917-521-5866
jbmaffeo@cozen.com

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:    United States v. Tariverdi, et al. No. 24 Cr. 599 (JPO)**

Dear Judge Oetken:

I represent Kenan Tariverdi in the above-referenced matter and write to request a modification of the defendant's travel restrictions to allow him to travel to Nevada for December 5th through 7th to attend a family reunion. I understand that neither the assigned pre-trial services officer nor the government has any objection, and the defendant has been fully compliant with all other bail conditions. Your Honor's courtesy in considering this application is appreciated.

Respectfully submitted,

COZEN O'CONNOR

*J. Bruce Maffeo*

BY:    J. BRUCE MAFFEO

JM

Cc: al counsel by ECF

Granted.
So ordered.
11/17/2025

_____
J. PAUL OETKEN
United States District Judge

LEGAL\81539792\1