

December 18, 2025

**J. Bruce Maffeo**

Direct Phone   212-883-4951
Direct Fax       917-521-5866
jbmaffeo@cozen.com

**VIA ECF**


The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:    United States v. Tariverdi, et al. No. 24 Cr. 599 (JPO)**

Dear Judge Oetken:

Further to the defendant Kenan Tariverdi's request for a modification of the his bail and travel restrictions to allow him to travel to Moscow, the proposed dates of travel are departing New York City on December 25th and returning January 3rd. During his time in Moscow, he will be staying at his uncle's apartment, which is located at Yuzhnobutovskaya Ulitsa, 72, 56, Moskva (Moscow), Russia, 117042.

Please let me know whether the Court desires any further information, and, again, we thank you for your courtesy in considering our request.

Respectfully submitted,

COZEN O'CONNOR

*J. Bruce Maffeo*

BY:    J. BRUCE MAFFEO


Application granted, provided
that the Defendant's wife shall
surrender per passport to
Pretrial Services in advance of
travel.
SO ORDERED: 12/22/2025

J. PAUL OETKEN
United States District Judge